UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANA B. LABRECK, | ) |
|           Plaintiff, | ) |
|    v. | ) CIVIL ACTION |
| CICCONTE, WASSERMAN & SCERBA, LLC, a Delaware corporation, and | ) No. 1:24-cv-00591-CFC |
| ABERDEEN PROVING GROUND FEDERAL CREDIT UNION, a federally chartered credit union, and | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, | ) |
|           Defendants. | ) |

## NOTICE OF PARTIAL DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Dana B. LaBreck, hereby **DISMISSES ONLY** Defendants CICCONTE, WASSERMAN & SCERBA, LLC, ("Ciconte") and ABERDEEN PROVING GROUND FEDERAL CREDIT UNION ("Aberdeen"), from the above-captioned action with prejudice, pursuant to Agreement between Plaintiff and the dismissed parties Ciconte and Aberdeen. Experian remains a party. The case caption may be amended accordingly.

**LAW OFFICE OF MARY HIGGINS, LLC**

By:  */s/Mary Higgins*
       Mary Higgins, DE ID No.: 4179
       9 E. Loockerman St., Suite 207

                                    Dover, DE 19901
                                    (ph) 302-526-1754
                                    (fx)  302-525-6618
                                    Mary.higgins@letsbelegal.com
Dated:  August 6, 2024           Attorney for Plaintiff