

**LETSBELEGAL.COM**

| | |
|---|---|
| LAW OFFICE OF<br>MARY HIGGINS, LLC | MARY HIGGINS, ESQ.<br>MARY.HIGGINS@LETSBELEGAL.COM |
| MAILING ADDRESS:<br>9 E. LOOCKERMAN ST.<br>SUITE 207<br>DOVER, DE 19901 | MARY ANNE MCLANE DETWEILER, ESQ.<br>MARYANNE.DETWEILER@LETSBELEGAL.COM<br><br>JARED T. GREEN, ESQ.<br>JARED.GREEN@LETSBELEGAL.COM |
| 364 E. MAIN STREET<br>NEWARK, DE 19711 | (PH) 302-526-1754<br>(FX) 302-525-6618 |

October 8, 2024

**VIA ELECTRONIC FILING**
The Honorable Colm F. Connolly
Chief Judge, United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31
Room 4124
Wilmington, DE 19801

  RE: Dana LaBreck v. Experian Information Solutions, Inc.
     Civil Action No.: 1:24-cv-00591-CFC

Dear Chief Judge Connolly:

This will inform the Court that the remaining parties in this matter have settled. We expect to file final dismissals within ninety (90) days.

I am available at the Court's convenience should further information be required.


Respectfully submitted,

/s/*Mary Higgins*
Mary Higgins

cc: Tyler R. Wilson, Esquire (Via E-File and Email)


NF14B