# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANA B. LABRECK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) C.A. No.: 1:24-cv-00591-CFC |
| EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation, | ) ) ) |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Dana B. LaBreck, and Defendants hereby stipulate to the dismissal of the above-captioned case with prejudice, with each side to bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Tyler R. Wilson*
Tyler R. Wilson (ID #7129)
Hercules Plaza, Suite 1000
1313 N. Market Street
P.O. Box 1709
Wilmington, DE 19899
(302)777-65009
tyler.wilson@troutman.com
*Attorney for Defendant*

*/s/Mary Higgins*
Mary Higgins. Esq.
9 E. Loockerman, St., Suite 207
Dover, DE 19901
Ph (302) 526-1754
mary.higgins@letsbelegal.com
*Attorney for Plaintiff*

Dated: March 10, 2025